IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**MICHAEL ROBERTSON, ADC #115658**                                                              **PLAINTIFF**

v.                        **CASE NO. 2:11CV00231 BSM-JTK**

**JEREMY ANDREWS et al.**                                                                                **DEFENDANTS**

**ORDER**

The proposed findings and recommended disposition submitted by United States Magistrate Judge Jerome T. Kearney have been reviewed. No objections were filed. After carefully considering this document and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's complaint is DISMISSED, for failure to state a claim upon which relief may be granted.

2. It is further ordered that this dismissal constitute a "strike" within the meaning of 28 U.S.C. § 1915(g).

3. It is hereby certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order and the judgment dismissing this action would not be in good faith.

Dated this 7th day of February 2012.

_____
UNITED STATES DISTRICT JUDGE