IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**MICHAEL ROBERTSON, ADC #115658** **PLAINTIFF**

v.   **CASE NO. 2:11CV00231 BSM**

**JEREMY ANDREWS et al.** **DEFENDANTS**

### ORDER

The proposed findings and recommended disposition [Doc. No. 14] submitted by United States Magistrate Judge Jerome T. Kearney and the filed objections have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

It is, therefore, ordered that this action is dismissed with prejudice, and that the dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). It is further certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 26h day of June 2012.

_____
UNITED STATES DISTRICT JUDGE