## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**MICHAEL ROBERTSON, ADC #115658**                                    **PLAINTIFF**

**v.**                        **CASE NO. 2:11CV00231 BSM**

**JEREMY ANDREWS et al.**                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed with prejudice, and the relief sought is denied. It is certified that an *in forma pauperis* appeal from this judgment and the accompanying order would not be taken in good faith.

Dated this 26th day of June 2012.

_____
UNITED STATES DISTRICT JUDGE